IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19CR00566- BSM |
| | ) | |
| JAMIE GOFF | ) | |

## MOTION FOR PRETRIAL RELEASE REVOCATION

The United States of America, by and through its attorney, Cody Hiland, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, moves to revoke defendant Jamie Goff's pretrial release and, in support of its motion, states:

1.  The defendant was indicted on October 2, 2019, and released on pretrial conditions following a detention hearing on November 27, 2019. Trial is set for March 30, 2020.

2.  Among the conditions of bond was the requirement that the defendant not commit any violations of state, local or federal law, must not use or possess any controlled substances, must not possess any firearms, submit to supervision and report for supervision to the U.S. Probation Office, submit to drug testing as requested by his supervising officer, participate in drug treatment as required by his supervising officer, and maintain regular contact and report to his supervising probation officer.

3.  On December 10, 2019, the defendant was terminated as a program failure from the residential treatment facility at Recovery Centers of Arkansas for violating program rules, including possessing a cell phone and unlawfully accessing a veteran's safe to hide his contraband. It was reported the defendant became hostile when he was informed his cell phone

1

would not be returned to him as stated in the RCA policy and procedures.

4. After the defendant was terminated from RCA, he was given an opportunity to self-enroll in another residential treatment program. To date, the defendant has failed to enroll in another program.

**THEREFORE**, based on the defendant's violations of pretrial release as described above, the United States moves that a summons for the defendant be issued and the defendant appear before this court to show cause why his conditions of release should not be revoked.

CODY HILAND
United States Attorney

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2619
Chris.Givens@usdoj.gov